# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| MARTHA ANN WOOD, PERSONAL REPRESENTATIVE OF THE ESTATE OF PATRICIA ANN MILLER, | ) ) ) ) C/A No.: 2:08-4124 DCN |
| Plaintiff, | ) ) ) |
| -vs- | ) **ORDER** ) |
| BEAR TRANSPORTATION SERVICES, L.P., TEXCOM TRANSPORTATION, LLC, ROUTE 76 TRAILER LEASING, LLC, WABASH NATIONAL TRAILER CENTERS, INC., SAMUEL WANYORA, and SOUTHERN TIRE MART, LLC, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

This matter is before the court upon plaintiff Martha Ann Wood's Motion to Compel defendant Route 76 Trailer Leasing LLC to produce a current financial statement setting forth the complete statement of all assets and liabilities and a copy of defendant's tax returns for the past three years. The motion was filed on October 8, 2009.

**It is therefore ordered,** that the Motion to Compel is **granted**. Defendant Route 76 Trailer Leasing LLC shall produce these documents by noon on Friday, December 4, 2009.

**AND IT IS SO ORDERED**.

David C. Norton
Chief United States District Judge

Charleston, South Carolina
November 17, 2009